IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02347-WYD-MEH

ANDREW HATTENDORF,

    Plaintiff;

v.

US ONCOLOGY, INC., a Delaware corporation;
ACCESSMED, INC., a Kansas corporation; and
LARRY DEANS;

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 2, 2007.**

    Plaintiff's Response in Opposition to Defendants' Motion for Protective Order and Plaintiff's Combined Motion for Entry of Protective Order [Filed April 30, 2007; Docket #28] is **denied with prejudice**, for failure to comply with D.C.Colo.L.Civ.R. 7.1.C. The Local Rules prohibit including a motion in the same document as a response; the motion must be filed on separate paper. Accordingly, Plaintiff shall have until May 3, 2007, to file a Response to Defendants' Motion for Protective Order.