IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02347-WYD-MEH

ANDREW HATTENDORF, an individual;

    Plaintiff;

v.

US ONCOLOGY, INC.; a Delaware corporation;
ACCESSMED, INC.; a Kansas corporation; and
LARRY DEANS, an individual;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 3, 2007.**

    Plaintiff's Motion for Entry of Protective Order [Filed May 2, 2007; Docket #33] is **denied,** without prejudice, for failure to demonstrate compliance with the provisions of D.C.COLO.LCivR 7.1.A.