IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 06-cv-02347-WYD-MEH | Date: May 9, 2007 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| ANDREW HATTENDORF, | Howard O. Bernstein |
| Plaintiff(s); | |
| vs. | |
| US ONCOLOGY, INC.; ACCESSMED, INC.; and LARRY DEANS; | Patrick F. Hulla |
| Defendant(s). | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:** 9:38 a.m.

Court calls case. Appearances of counsel by telephone.

Argument and discussion regarding Defendants' Motion for Protective Order (Doc. #24, filed 4/10/07) and Plaintiff's Amended Motion for Protective Order (Doc. #36, filed 5/3/07).

**ORDERED:** For reasons stated on the record, Defendants' Motion for Protective Order (Doc. #24, filed 4/10/07) is GRANTED; and Plaintiff's Amended Motion for Protective Order (Doc. #36, filed 5/3/07) is DENIED. Mr. Hulla will provide the revised Protective Order to the Court for signature.

**Court in recess:** 9:52 a.m. (Hearing concluded)
**Total time in court:** 0:14