IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02347-WYD-KLM

ANDREW HATTENDORF, an individual,

    Plaintiff,

v.

US ONCOLOGY, INC., a Delaware Corporation;
ACCESSMED, INC., a Kansas Corporation; and
LARRY DEANS, an individual,

    Defendants.

## ORDER

THIS MATTER comes before the Court on both Defendant Deans' Motion to Dismiss (docket #13), filed February 21, 2007 and the Motion for Summary Judgment (docket #48), filed July 30, 2007. On September 19, 2007, Magistrate Judge Mix issued a Minute Order (docket #62) indicating that the case has settled. Magistrate Judge Mix further ordered that the parties file a joint stipulation to dismiss the case by October 9, 2007. In light of this information, I find that the pending motions in this matter should be denied without prejudice. Accordingly, it is

ORDERED that Defendant Deans' Motion to Dismiss (docket #13), filed February 21, 2007 and the Motion for Summary Judgment (docket #48), filed July 30, 2007 are **DENIED WITHOUT PREJUDICE**.

Dated: September 26, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge