IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02347-WYD-KLM

ANDREW HATTENDORF, an individual,

    Plaintiff,

v.

US ONCOLOGY, INC., a Delaware Corporation;
ACCESSMED, INC., a Kansas Corporation; and
LARRY DEANS, an individual,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal With Prejudice (docket #65), filed October 9, 2007. After carefully reviewing the above-captioned case and considering the requirements of Fed. R. Civ. P. 41(a)(1), I find that the stipulation should be approved. Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice (docket #65) is **APPROVED**. It is further

ORDERED that the case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Dated: October 11, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge